830

No. 72–1668. Shiosaki v. Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied.

No. 72–1672. Almaden Volkswagen v. National Labor Relations Board. C. A. D. C. Cir. Certiorari denied.

No. 72–1673. Denny v. Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 72–1674. Cox et al. v. Blackmon et al. Sup. Ct. Ga. Certiorari denied.

No. 72–1677. Lee v. Brown. Sup. Ct. Ore. Certiorari denied.

No. 72–1683. Benjamin v. Western Boat Building Corp. C. A. 5th Cir. Certiorari denied.

No. 72–1685. Owen v. Owen. Sup. Ct. Mich. Certiorari denied.

No. 72–1686. Dianovin Pharmaceuticals, Inc., et al. v. United States. C. A. 1st Cir. Certiorari denied.

No. 72–1687. Miller v. United States. C. A. 3d Cir. Certiorari denied.

No. 72–1692. D. D. I., Inc., et al. v. United States. Ct. Cl. Certiorari denied.